

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-14-00905-CV

**ESCONDIDO RESOURCES II, LLC**,
Appellant

v.

**JUSTAPOR RANCH, L.C.,**
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV7-001396-D1
The Honorable Joe Lopez, Judge Presiding

## O R D E R

On January 22, 2015, and February 24, 2015, we suspended the appellate deadlines in this case pending mediation. *See* 4TH TEX. APP. (SAN ANTONIO) LOC. R. 2. However, on April 21, 2015, the appellant notified this court that the mediation was unsuccessful.

We, therefore, ORDER the appellate deadlines reinstated. The clerk's record and the reporter's record have been filed. **Accordingly, appellant's brief is due thirty (30) days from the date of this order.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court